# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: TULLEY, ROBERT | § | Case No.  11-22604-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE     , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/01/2012 in Courtroom 201, United States Courthouse, 57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/24/2012          By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: TULLEY, ROBERT | § | Case No. 11-22604-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 55,000.82 |
| *and approved disbursements of* | $ | 2,160.36 |
| *leaving a balance on hand of* [1] | $ | 52,840.46 |

**Balance on hand:**   $   52,840.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   52,840.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,346.55 | 0.00 | 3,346.55 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 3,200.00 | 0.00 | 3,200.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 31.28 | 0.00 | 31.28 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,704.56 | 0.00 | 1,704.56 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 14.30 | 0.00 | 14.30 |

Total to be paid for chapter 7 administration expenses:   $   8,296.69
Remaining balance:   $   44,543.77

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 44,543.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 44,543.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,592.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rjm Acquisitions Llc | 432.36 | 0.00 | 432.36 |
| 2 | Midland Credit Management, Inc. | 272.79 | 0.00 | 272.79 |
| 3 | Fifth Third Bank | 9,253.83 | 0.00 | 9,253.83 |
| 4 | Harley-Davidson Credit Corporation | 2,862.33 | 0.00 | 2,862.33 |
| 5 | North Star Capital Acquisition | 707.87 | 0.00 | 707.87 |
| 6 | B-Line, LLC | 1,094.34 | 0.00 | 1,094.34 |
| 7 | Capital One Bank (USA), N.A. | 968.63 | 0.00 | 968.63 |

Total to be paid for timely general unsecured claims: $ 15,592.15

Remaining balance: $ 28,951.62

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 28,951.62 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 28,951.62 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $24.83. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $29,035.29.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE

Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-22604-BWB
Robert M Tulley                                                           Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward          Page 1 of 2          Date Rcvd: Apr 25, 2012
                             Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2012.
db         +Robert M Tulley,    31891 S. Warner Bridge Rd.,   Wilmington, IL 60481-8827
17339177   +ATT Mobility,   c/o CBCS,    P.O. Box 164089,   Columbus, OH 43216-4089
17339176   +Ally Financial,    % Blitt and Gaines, PC, Atty.,    661 W. Glenn Ave.,    Wheeling, IL 60090-6017
17339178   +Capital One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
17934089    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
            Charlotte, NC  28272-1083
17339179   +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
17339181   +Collection Assoc,    P.O. Box 349,   Greensburg, IN 47240-0349
17339182   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
            GRAND RAPIDS MI 49546-6253
           (address filed with court: Fifth-Third Bank,     PO Box 630778,   Cincinnati, OH 45263)
17822273    Fifth Third Bank,    PO Box 829009,   Dallas, TX 75382-9009
17339184   +HSBC Bank,    P.O. Box 5253,   Carol Stream, IL 60197-5253
17826078    Harley-Davidson Credit Corporation,    PO Box 829009,    Dallas, TX 75382-9009
17339187   +MainSourceBk,    201 N Broadway,   Greensburg, IN 47240-1701
17339186   +Mainsource Bank,    201 N Broadway,   Greensburg, IN 47240-1701
17339190   +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17835189    E-mail/Text: resurgentbknotifications@resurgent.com Apr 26 2012 00:27:58    B-Line, LLC,
            MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17339180   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 26 2012 00:28:46
            Chase Bank Heritage First USA,    c/o Asset Acceptance LLC,    P.O. Box 1630,
            Warren, MI 48090-1630
17339183   +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 26 2012 00:27:55     Harley Davidson Credit,
            3850 Arrowhead Dr.,    Carson City, NV 89706-2016
17339185   +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 26 2012 00:30:45    JP Morgan Chase,
            c/o Equable Ascent Fncl LLC,    1120 W. Lake Cook Rd.,    Buffalo Grove, IL 60089-1970
17776659   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 26 2012 00:28:46    Midland Credit Management, Inc.,
            8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17831625   +E-mail/Text: zenith@ebn.phinsolutions.com Apr 26 2012 00:31:02    North Star Capital Acquisition,
            170 Northpointe Pkwy,    Suite 300,   Amherst, NY 14228-1992
17771347   +E-mail/Text: rjm@ebn.phinsolutions.com Apr 26 2012 00:28:45    Rjm Acquisitions Llc,
            575 Underhill Blvd,    Suite 224,   Syosset, NY 11791-4437
17339188   +E-mail/Text: rjm@ebn.phinsolutions.com Apr 26 2012 00:28:45    Sears Solutions HSBC,
            c/o RJM Acquisitions LLC/HSB,    575 Underhill Blvd,    Syosset, NY 11791-3426
17339189   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 26 2012 00:28:46    Verizon Wireless,
            c/o Midland Credit Mgmt Inc,    8875 Aero Dr.,   San Diego, CA 92123-2251
                                                                                    TOTAL: 9

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: choward          Page 2 of 2          Date Rcvd: Apr 25, 2012
                              Form ID: pdf006        Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2012 at the address(es) listed below:
```
          David P Lloyd    on behalf of Trustee Thomas Sullivan dlloyd@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen J West    on behalf of Debtor Robert Tulley tmalaw@sjwlawott.com
          Thomas B Sullivan    tsullivan@ggl-law.com,  IL19@ecfcbis.com
                                                                              TOTAL: 4
```