**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: TULLEY, ROBERT | § | Case No. 11-22604-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                          Assets Exempt: $950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,623.16      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $10,017.05

---

    3) Total gross receipts of $ 55,000.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 29,360.61 (see **Exhibit 2**), yielded net receipts of $25,640.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,017.05 | 10,017.05 | 10,017.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 15,623.16 | 15,623.16 | 15,623.16 |
| **TOTAL DISBURSEMENTS** | $0.00 | $25,640.21 | $25,640.21 | $25,640.21 |

4) This case was originally filed under Chapter 7 on May 27, 2011. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2012          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 22 ACRES OF FARMLAND, WILL COUNTY | 1110-000 | 55,000.00 |
| Interest Income | 1270-000 | 0.82 |
| **TOTAL GROSS RECEIPTS** | | **$55,000.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TULLEY, ROBERT | Dividend paid  99.87% on $29,396.75; Claim# SURPLUS; Filed: $29,396.75; Reference: | 8200-002 | 29,360.61 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$29,360.61** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,346.55 | 3,346.55 | 3,346.55 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 2,760.00 | 2,760.00 | 2,760.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 31.28 | 31.28 | 31.28 |
| Alan D. Lasko | 3410-000 | N/A | 1,704.56 | 1,704.56 | 1,704.56 |
| Alan D. Lasko | 3420-000 | N/A | 14.30 | 14.30 | 14.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.87 | 82.87 | 82.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 120.05 | 120.05 | 120.05 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 47.41 | 47.41 | 47.41 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 1,693.00 | 1,693.00 | 1,693.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 108.53 | 108.53 | 108.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 108.50 | 108.50 | 108.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,017.05 | $10,017.05 | $10,017.05 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rjm Acquisitions Llc | 7100-000 | N/A | 432.36 | 432.36 | 432.36 |
| 1I | Rjm Acquisitions Llc | 7990-000 | N/A | 0.86 | 0.86 | 0.86 |
| 2 | Midland Credit Management, Inc. | 7100-000 | N/A | 272.79 | 272.79 | 272.79 |
| 2I | Midland Credit Management, Inc. | 7990-000 | N/A | 0.54 | 0.54 | 0.54 |
| 3 | Fifth Third Bank | 7100-000 | N/A | 9,253.83 | 9,253.83 | 9,253.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Fifth Third Bank | 7990-000 | N/A | 18.40 | 18.40 | 18.40 |
| 4 | Harley-Davidson Credit Corporation | 7100-000 | N/A | 2,862.33 | 2,862.33 | 2,862.33 |
| 4I | Harley-Davidson Credit Corporation | 7990-000 | N/A | 5.69 | 5.69 | 5.69 |
| 5 | North Star Capital Acquisition | 7100-000 | N/A | 707.87 | 707.87 | 707.87 |
| 5I | North Star Capital Acquisition | 7990-000 | N/A | 1.41 | 1.41 | 1.41 |
| 6 | B-Line, LLC | 7100-000 | N/A | 1,094.34 | 1,094.34 | 1,094.34 |
| 6I | B-Line, LLC | 7990-000 | N/A | 2.18 | 2.18 | 2.18 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 968.63 | 968.63 | 968.63 |
| 7I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 1.93 | 1.93 | 1.93 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $15,623.16 | $15,623.16 | $15,623.16 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-22604-BWB  
**Case Name:** TULLEY, ROBERT  

**Period Ending:** 08/07/12

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 05/27/11 (f)  
**§341(a) Meeting Date:** 07/07/11  
**Claims Bar Date:** 11/30/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 3 FRAHER DRIVE, ODELL, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | 22 ACRES OF FARMLAND, WILL COUNTY | 44,000.00 | 44,000.00 | | 55,000.00 | FA |
| 3 | CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.82 | FA |
| 6 | **Assets    Totals** (Excluding unknown values) | **$174,950.00** | **$44,000.00** | | **$55,000.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

ACCOUNTANT BEING EMPLOYED; PREPARING FOR FINAL REPORT

**Initial Projected Date Of Final Report (TFR):**   March 31, 2012    **Current Projected Date Of Final Report (TFR):**   April 24, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-22604-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | TULLEY, ROBERT | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******38-65 - Checking Account |
| Taxpayer ID #: | **-***2598 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/07/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | {2} | HAROLD & LORETTA TULLEY | SETTLEMENT PROCEEDS | 1110-000 | 55,000.00 | | 55,000.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 55,000.36 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.87 | 54,917.49 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 54,917.95 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 120.05 | 54,797.90 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-22604, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 47.41 | 54,750.49 |
| 02/16/12 | 1002 | ILLINOIS DEPARTMENT OF REVENUE | FEIN:38-7012598/2011 FORM IL-1041 | 2820-000 | | 1,693.00 | 53,057.49 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.53 | 52,948.96 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.50 | 52,840.46 |
| 06/12/12 | 1003 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,346.55, Trustee Compensation;  Reference: | 2100-000 | | 3,346.55 | 49,493.91 |
| 06/12/12 | 1004 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,760.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,760.00 | 46,733.91 |
| 06/12/12 | 1005 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $31.28, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 31.28 | 46,702.63 |
| 06/12/12 | 1006 | Alan D. Lasko | Dividend paid 100.00% on $1,704.56, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,704.56 | 44,998.07 |
| 06/12/12 | 1007 | Alan D. Lasko | Dividend paid 100.00% on $14.30, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 14.30 | 44,983.77 |
| 06/12/12 | 1008 | Rjm Acquisitions Llc | Dividend paid 100.00% on $432.36; Claim# 1; Filed: $432.36; Reference: | 7100-000 | | 432.36 | 44,551.41 |
| 06/12/12 | 1009 | Midland Credit Management, Inc. | Dividend paid 100.00% on $272.79; Claim# 2; Filed: $272.79; Reference: | 7100-000 | | 272.79 | 44,278.62 |
| 06/12/12 | 1010 | Fifth Third Bank | Dividend paid 100.00% on $9,253.83; Claim# 3; Filed: $9,253.83; Reference: | 7100-000 | | 9,253.83 | 35,024.79 |
| 06/12/12 | 1011 | Harley-Davidson Credit Corporation | Dividend paid 100.00% on $2,862.33; Claim# 4; Filed: $2,862.33; Reference: | 7100-000 | | 2,862.33 | 32,162.46 |
| 06/12/12 | 1012 | North Star Capital Acquisition | Dividend paid 100.00% on $707.87; Claim# 5; Filed: $707.87; Reference: | 7100-000 | | 707.87 | 31,454.59 |
| 06/12/12 | 1013 | B-Line, LLC | Dividend paid 100.00% on $1,094.34; Claim# 6; Filed: $1,094.34; Reference: | 7100-000 | | 1,094.34 | 30,360.25 |
| 06/12/12 | 1014 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $968.63; Claim# 7; Filed: $968.63; Reference: | 7100-000 | | 968.63 | 29,391.62 |

Subtotals :        $55,000.82        $25,609.20

{} Asset reference(s)

Printed: 08/07/2012 11:08 AM        V.13.02

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-22604-BWB  
**Case Name:** TULLEY, ROBERT  

**Taxpayer ID #:** **-***2598  
**Period Ending:** 08/07/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/12 | 1015 | Fifth Third Bank | Dividend paid 100.00% on $18.40; Claim# 3I; Filed: $18.40; Reference: | 7990-000 | | 18.40 | 29,373.22 |
| 06/12/12 | 1016 | Harley-Davidson Credit Corporation | Dividend paid 100.00% on $5.69; Claim# 4I; Filed: $5.69; Reference: | 7990-000 | | 5.69 | 29,367.53 |
| 06/12/12 | 1017 | TULLEY, ROBERT | Dividend paid 99.87% on $29,396.75; Claim# SURPLUS; Filed: $29,396.75; Reference: | 8200-002 | | 29,360.61 | 6.92 |
| 06/12/12 | 1018 | U.S. Bankruptcy Court | COMBINED SMALL CHECK INCORRECTLY PAYING INTEREST TO CLERK<br>Voided on 06/12/12 | 7990-000 | | ! 6.92 | 0.00 |
| 06/12/12 | 1018 | U.S. Bankruptcy Court | COMBINED SMALL CHECK INCORRECTLY PAYING INTEREST TO CLERK<br>Voided: check issued on 06/12/12 | 7990-000 | | ! -6.92 | 6.92 |
| 06/12/12 | 1019 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Re-issued<br>Voided on 06/12/12 | 7990-000 | | ! 6.92 | 0.00 |
| 06/12/12 | 1019 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Re-issued<br>Voided: check issued on 06/12/12 | 7990-000 | | ! -6.92 | 6.92 |
| 06/12/12 | 1020 | Rjm Acquisitions Llc | Dividend paid 100.00% on $432.36; Claim# 1; Filed: $432.36; Reference: | 7990-000 | | 0.86 | 6.06 |
| 06/12/12 | 1021 | Midland Credit Management, Inc. | Dividend paid 100.00% on $272.79; Claim# 2; Filed: $272.79; Reference: | 7990-000 | | 0.54 | 5.52 |
| 06/12/12 | 1022 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $968.63; Claim# 7; Filed: $968.63; Reference: | 7990-000 | | 1.93 | 3.59 |
| 06/12/12 | 1023 | North Star Capital Acquisition | Dividend paid 100.00% on $707.87; Claim# 5; Filed: $707.87; Reference: | 7990-000 | | 1.41 | 2.18 |
| 06/12/12 | 1024 | B-Line, LLC | Dividend paid 100.00% on $1,094.34; Claim# 6; Filed: $1,094.34; Reference: | 7990-000 | | 2.18 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 55,000.82 | 55,000.82 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 55,000.82 | 55,000.82 | |
| Less: Payments to Debtors | | 29,360.61 | |
| **NET Receipts / Disbursements** | **$55,000.82** | **$25,640.21** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 08/07/2012 11:08 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-22604-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | TULLEY, ROBERT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***2598 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/07/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******38-65** | 55,000.82 | 25,640.21 | 0.00 |
| **Checking # 9200-******38-66** | 0.00 | 0.00 | 0.00 |
| | **$55,000.82** | **$25,640.21** | **$0.00** |

{} Asset reference(s)

Printed: 08/07/2012 11:08 AM    V.13.02